14955. MIDDLEBROOKS *et al.* v. FISK TIRE COMPANY INC.

BLOODWORTH, J. 1. For no reason assigned did the court err in allowing the amendment to the petition.

2. "A ground of a motion for a new trial in which error is assigned on the exclusion of certain testimony is insufficient when it does not appear from the ground itself that the exclusion of the testimony was prejudicial to the complaining party." *Campbell* v. *Walker,* 20 *Ga. App.* 88 (4) (92 S. E. 545). "In order for the exclusion of oral testimony to be considered as a ground for a new trial, it must appear that a pertinent question was asked, and that the court ruled out the answer; and that a statement was made to the court at the time, showing what the answer would be; and that such testimony was material, and would have benefited the complaining party." *Griffin* v. *Henderson,* 117 *Ga.* 382 (2) (43 S. E. 712). Under the rulings in the foregoing cases the first special ground of the motion for a new trial will not be considered.

3. The excerpt from the charge of the court of which complaint is made is not subject to the criticism lodged against it.

4. So far as this court is concerned, where there is a conflict in the evidence the verdict of the jury is final. In this case the jury has determined the issue of fact in favor of the plaintiff, and, as the motion for a new trial points out no error of law, the judgment must be

    *Affirmed. Broyles, C. J., and Luke, J., concur.*

    DECIDED JANUARY 16, 1924.

Complaint; from city court of Zebulon—Judge Dupree. July 14, 1923.

The amendment referred to in paragraph 1 of the decision was an amendment to the account sued on, and the ground of the objection to the allowance of the amendment was "that it was not verified by the same person that verified the original bill of particulars, and that said amendment was verified by the attorney for plaintiff." The original account was verified by an agent of the plaintiff corporation.

*Claude Christopher, Frank L. Adams,* for plaintiffs in error.

*R. C. Johnson Jr.,* contra.